AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:23-MJ-00407 | 08/16/2023 / 9:47 AM | USPS |

Inventory made in the presence of :

TFO M. Contreras

Inventory of the property taken and name of any person(s) seized:

9505 5158 4417 3208 3656 10
$10,000 US Currency
Parcel wrappings

9505 5104 5448 3207 5775 08
$10,000 US Currency
Parcel wrappings

9505 5126 8793 3205 7885 79
$14, 810 US Currency
Parcel wrappings

EJ 759 458 237 US
$5,100 US Currency
Parcel wrappings

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/16/2023

*Z. Sumpter*
*Executing officer's signature*

USPIS TFO Z. Sumpter
*Printed name and title*